CHARLES GOLDMAN v. INSURANCE COMPANY OF NORTH AMERICA.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

YORKVILLE MOTOR COMPANY, INC., v. ROSA MARKOWITZ.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SAMUEL COHEN and Others v. AMERICAN WOOLEN COMPANY OF NEW YORK.— Motion for reargument or leave to appeal denied; motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling and Page, JJ,

FREDERICK ZITTEL & SONS v. LOUIS K. SCHWARTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ALBERT FROELICH v. REO MOTOR CAR COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY v. EGBURT E. WOODBURY and Others, etc.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

GLADYS LOFTUS v. GREENWICH LITHOGRAPHING COMPANY, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

WILLIAM N. COHEN v. EDWARD MARGOLIES.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ERNEST C. MOORE v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM M. AVERETT v. BIRDIE AVERETT.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

EMANUEL M. KAISER v. EDITH O. KAISER.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOB E. HEDGES, as Receiver, etc., v. JOHN F. HYLAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.